Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: **17-81965**

Debtor(s): **Delois Roberts**  SS#: **xxx-xx-6140**  Net Monthly Earnings: **850.00**

SS#: ___  Number of Dependents: **0**

1. Plan Payments:
   - ( **X** ) Debtor(s) propose to pay direct a total of $ **850.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   - ( ___ ) Payroll deduction Order: To _____ for
     $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **51,000.00**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00**; **$319.00** paid pre-petition

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo | $86,787.80 | ☐ by Trustee ☑ by Debtor $813.00 | August, 2017 | $9,652.00 | | 9.63% | $256.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Nissan Motor Acceptance | $218.00 | $22,369.63 | $21,866.00 | $0.00 | 2015 Nissan Altima | 5.25% | $505.00 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ This is an original plan.
   ☐ This is an amended plan replacing plan dated **7/19/2017**.
   ☑ This plan proposes to pay unsecured creditors **ProRata** %.
   ☑ Other Provisions:
   **Special Intentions:**
   **Title Max:** Debtor is surrendering her interest in the 2005 Ford Explorer. Vehicle will be driven and paid for by 3rd party.

Attorney for Debtor Name/Address/Telephone #   Dated: **September 15, 2017**   **/s/ Delois Roberts**
**John C. Larsen**                                                              **Delois Roberts**
**1733 Winchester Road**                                                        Signature of Debtor
**Huntsville, AL 35811**
Telephone # **256-859-3008**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the matrix electronically or by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 15th day of September, 2017.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 15th day of September, 2017.

/s/ John C. Larsen

Label Matrix for local noticing
1126-8
Case 17-81965-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Sep 15 11:03:30 CDT 2017

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

Axcess Financial
7755 Montgomery Rd Ste 4
Cincinnati, OH 45236-4197

Chase Card
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

Check 'n Go
C/O Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Sanders McClarty
930 University Dr.
Huntsville, AL 35816-1804

Nelnet Loans
Nelnet Claims
Po Box 82505
Lincoln, NE 68501-2505

Nelnet on behalf of COAC
PO Box 16358
St. Paul, MN 55116-0358

Nissan
PB 660366
Dallas, TX 75266-0366

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

OneMain Financial
P.O. Box 3251
Evansville, IN 47731-3251

Pentagon Federal Cr Un
PO Box 1432
Alexandria, VA 22313-1432

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Verizon
American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon
by American Infosource LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo USA Holdings, Inc.
C/o Wells Fargo Bank, N.A. as servicer
Attn: Default Document Processing
1000 Blue Gentian Road, N9286-01Y
Eagan MN 55121-7700

Delois Roberts
1155 Old Monrovia Road Apt. 5B
Huntsville, AL 35806-3511

John C. Larsen
Larsen Law, P.C.
1733 Winchester Rd
Huntsville, AL 35811-9190

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nissan Motor Acceptance
Attn: Bankruptcy
900 Freeport Pkwy
Irving, TX 75063

Portfolio Recovery Associates, LLC
P.O Box 41067
Norfolk, VA 23541

Title Max
11203 Memorial Parkway SW
Huntsville, AL 35803

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
d)Check n Go                         End of Label Matrix
/o Real Time Resolutions, Inc.       Mailable recipients    21
.O. Box 566027                       Bypassed recipients     1
allas, TX 75356-6027                 Total                  22
```